[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 17 2001
THOMAS K. KAHN
CLERK

_____

No. 00-10245

_____

D. C. Docket No. 98-00770-CIV-ORL-19A


FLORIDA RIGHT TO LIFE, INC.,
FLORIDA RIGHT TO LIFE POLITICAL
ACTION COMMITTEE,

Plaintiffs-Appellees,

versus

LAWSON LAMAR, in his official
capacity as Florida State Attorney,
VALERIE CROTTY, in her official
capacity as a member of the
Florida Elections Commission, et al.,

Defendants-Appellants.


_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 17, 2001)

Before TJOFLAT, BARKETT and POLITZ*, Circuit Judges.

PER CURIAM:

Katherine Harris, Robert Butterworth, and various Florida state officials, acting in their official capacities, appeal from an order enjoining the enforcement of Florida Statutes Section 106.011(1), which governs the financing of electoral campaigns.

Appellants concede that the statute is overbroad but suggest that the district court should have interpreted the statute in a way that would pass constitutional muster. Upon review we find no error in the district court's enjoining the enforcement of Florida Statutes Section 106.011(1) because it is unconstitutionally overbroad under the First Amendment.

AFFIRMED.

---

* Honorable Henry A. Politz, U.S. Circuit Judge for the Fifth Circuit, sitting by designation.